IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER SAAVEDRA MIRANDA,<br><br>　　　　　　　　Defendant. | **CASE NO.  1:08-MJ-00273 GSA**<br><br>**ORDER RECALLING WARRANT** |

　　Upon motion of the United States of America, and good cause appearing therefore,

　　IT IS HEREBY ORDERED THAT the warrant issued in the above-entitled action be recalled due to the demise of the defendant.  FURTHER ORDERED that the Clerk of the Court is to CLOSE this case.

IT IS SO ORDERED.

　　Dated:　**October 16, 2013**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE